UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


MELANIE DAVIS

    v.                                                                                              C.A. No. 14-489 ML

CAROLYN COLVIN, Acting
Commissioner, Social Security
Administration

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on December 23, 2014. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. Plaintiff's Motion to Proceed In Forma Pauperis is denied.


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
January 20, 2015