UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


MELANIE DAVIS

    v.                                                       CA 14-489 ML

CAROLYN COLVIN, Acting
Commissioner, Social Security
Administration


## MEMORANDUM AND ORDER

On December 23, 2014, Magistrate Judge Almond issued his Report and Recommendation (Docket #6) wherein he recommended that Plaintiff's Motion to Proceed In Forma Pauperis be denied and that the Complaint be dismissed unless Plaintiff paid the filing fee promptly. This Court adopted the Report and Recommendation by order dated January 20, 2015 (Docket #9).

As of this writing, Plaintiff has failed to pay the filing fee. Accordingly, the matter is DISMISSED without prejudice.


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 13, 2015